JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-5047 PA (SHx) | Date | June 26, 2012 |
|---|---|---|---|
| Title | Laura Segura v. Fusion Contact Centers, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

      On June 19, 2012, the Court issued an order provisionally remanding this action to the Santa Barbara Superior Court as a result of procedural defects in the Notice of Removal. In its June 19, 2012 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by June 25, 2012 if she objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects. Accordingly, for the reasons stated in the June 19, 2012 order, this action is remanded to Santa Barbara Superior Court, Case No. 1390984.

      IT IS SO ORDERED.